IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Watkins, Kenyatta

Printed: 10/30/07

Case Number: 07 B 14468
Judge: Hollis, Pamela S
Filed: 8/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Drive Financial Services | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 5. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate     Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)